

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 5, 2019**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| DAVICORP ENTERPRISES, INC., | § | |
| | § | Case No. 19-41623-MXM-11 |
| Debtor. | § | |

### AGREED ORDER GRANTING (A) RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO NONRESIDENTIAL REAL PROPERTY LOCATED AT 2500 E. RANDOL MILL ROAD, SUITE 125, ARLINGTON, TX; AND (B) IMMEDIATE POSSESSION OF SAID PREMISES UNDER 11 U.S.C. § 365(d)(4)

CAME ON FOR CONSIDERATION *Ranger D-TX LP's Motion for Order Granting (A) Relief from the Automatic Stay with Respect to Nonresidential Real Property Located at 2500 E. Randol Mill Road, Suite 125, Arlington, TX; and (B) Immediate Possession of Said Premises Under 11 U.S.C. § 365(d)(4)* (the "Motion"), filed by Ranger D-TX LP ("Landlord"). Having considered the relief requested in the Motion and the agreement of Landlord and Davicorp Enterprises, Inc. (the "Debtor") set forth herein, it is hereby—

ORDERED that the Motion is GRANTED; it is further—

ORDERED that the automatic stay imposed under 11 U.S.C. § 362 will terminate at **12:00 p.m. on September 11, 2019** with respect to Landlord and the nonresidential real property located at 2500 E. Randol Mill Road, Suite 125, Arlington Texas (the "Premises"); it is further—

ORDERED that, upon termination of the automatic stay, Landlord is entitled to immediate possession of the Premises and may employ any and all remedies available under applicable non-bankruptcy law to regain possession of the Premises; it is further—

ORDERED that the United States Marshals shall enforce this order at Landlord's request and are authorized, commanded, and directed as follows:

- to enter the Premises and, in the process, to break down any door, fence, or other barricade that stands in their way;

- to enter the Premises at any time of day or night, on any day, including weekends and holidays, without advance notice to the Debtor or other persons within the Premises;

- after said entry, to serve this Order on the Debtor and on any other person at the Premises, and to command the Debtor and any other such person to leave the Premises immediately and not to return, and to allow the Debtor and any other such person one hour to remove any personal belongings, vehicles, and other personal property that does not belong to Landlord;

- at the expiration of said one hour, if the Debtor and any other person not authorized by the Landlord to remain at the Premises has not left voluntarily, to use lawful force, if necessary, and forcibly remove the Debtor and any such person from the Premises with nothing more than any personal possessions they may have on their person, and not to permit the Debtor or any such other person entry into the Premises so long as the Marshals remain; and

- at the conclusion thereof, to turn over possession of the Premises to the Landlord; and it is further—

ORDERED that this order is effective and enforceable immediately, and the fourteen-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) does not apply.

### End of Order ###

AGREED:

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
    Deborah M. Perry
    Texas Bar No. 24002755
    Julian P. Vasek
    Texas Bar No. 24070790
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201-6659
    Telephone:  (214) 855-7500
    Facsimile:   (214) 855-7584
    E-mail:  dperry@munsch.com
            jvasek@munsch.com

*Attorneys for Ranger D-TX LP*

-and-

**NORRED LAW, PLLC**

By: /s/ *Clayton L. Everett*
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817) 704-3984

*Attorneys for the Debtor*

**AGREED ORDER GRANTING (A) RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO NONRESIDENTIAL REAL PROPERTY LOCATED AT 2500 E. RANDOL MILL ROAD, SUITE 125, ARLINGTON, TX; AND (B) IMMEDIATE POSSESSION OF SAID PREMISES UNDER 11 U.S.C. § 365(d)(4)** **Page 3**

4848-8191-8883v.1 013078.00017