



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 4, 2019**

_____
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | | |
| Davicorp Enterprises, Inc. | § | Case No. | 19-41623-MXM-11 |
| | § | | |
| | § | Hearing: | November 14, 2019 |
| Debtor-in-Possession. | § | | 11:00 a.m. |

### Agreed Order Dismissing Case

Came before the Court, the United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112(b)(1) (the "Motion to Dismiss," docket no. 51) and the Debtor's response thereto (the "Response," docket no. 53). In the Response, the Debtor represented that it does not oppose dismissal. No other party in interest filed a response or objection to the Motion to Dismiss. Based upon the agreement of the parties that this case should be dismissed and on the record of this case as reflected by this Court's docket, the Court finds that this case should be dismissed. Therefore, it is hereby,

1

**ORDERED** that the Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that the Debtor shall pay to the United States Trustee any and all United States Trustee fees due and owing on or before 14 days after the entry of this Order; and it is further

**ORDERED** that any relief requested in the Motion to Dismiss not specifically granted by this Order is hereby denied.

###END OF ORDER###

Approved as to Form and Substance:

*/s/ Clayton Everett (w/permission)*
Clayton Everett
Counsel for the Debtor


*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Trial Attorney
Office of the United States Trustee